# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL SCHRINDER AND ROBIN SCHRINER H/W, | : No. 135 MM 2017 |
| | : |
| Petitioners | : |
| | : |
| v. | : |
| | : |
| ONEBEACON INSURANCE COMPANY, ONEBEACON GROUP, PENNSYLVANIA GENERAL INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, OHIO CASUALTY COMPANY, PEERLESS INSURANCE COMPANY AND LOOKER WOLFE & GEPHART INSURANCE, INC. | : |
| | : |
| v. | : |
| | : |
| DAVID W. KNAUER, ESQ., AND KNAUER & ASSOCIATES, LSC | : |
| | : |
| v. | : |
| | : |
| CUNNINGHAM & CHERNICOFF, P.C., AND JORDAN D. CUNNINGHAM, ESQ. | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.